JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CHARLES KRUMMEL | ) | Case No.  1:22-CV-00048-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ORDER FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| v. | ) | **PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | (Doc. 13) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to October 14, 2022, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a very heavy briefing schedule due to the large number of administrative transcripts she is currently receiving.  Plaintiff's counsel does not believe that the standard 30-day extension will be sufficient, and so is requesting 60 days in order to avoid having to obtain a second extension.

This request is made in good faith and is not intended to delay these proceedings unnecessarily.

**Krummel v. Kijakazi**               **Stipulation and Order**               **E.D. Cal. 1:22-cv-00048-SKO**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: August 12, 2022          JACQUELINE A. FORSLUND
                               Attorney at Law


                               */s/Jacqueline A. Forslund*
                               JACQUELINE A. FORSLUND

                               Attorney for Plaintiff


Date:  August 12, 2022         PHILLIP A. TALBERT
                               United States Attorney
                               PETER THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Caspar Chan*
                               CASPAR CHAN
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant

**Krummel v. Kijakazi**          **Stipulation and Order**          **E.D. Cal. 1:22-cv-00048-SKO**

<u>ORDER</u>

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 14, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 8) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 15, 2022**                     */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

**Krummel v. Kijakazi**            Stipulation and Order            E.D. Cal. 1:22-cv-00048-SKO