JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CHARLES KRUMMEL | ) | Case No.  1:22-CV-00048-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S REPLY BRIEF** |
| | ) | |
| | ) | (Doc. 17) |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 21 Days to January 6, 2023, for Plaintiff to file his Reply, in accordance with the

Court's Scheduling Order. This is Plaintiff's first request for an extension of time to file her Reply. It

is requested due to the fact that Plaintiff's counsel has a work backlog that prevents her from

spending the time necessary to draft the Reply before its current due date.

1

2    The parties further stipulate that the Court's Scheduling Order be modified accordingly.

3

4

5

6             Respectfully submitted,

7

8 Date: December 15, 2022    JACQUELINE A. FORSLUND
9              Attorney at Law

10

11             */s/Jacqueline A. Forslund*
              JACQUELINE A. FORSLUND

12              Attorney for Plaintiff

13

14

15 Date:  December 15, 2022    PHILLIP A. TALBERT
              United States Attorney
16              PETER THOMPSON
              Acting Regional Chief Counsel, Region IX
17              Social Security Administration

18             */s/Caspar Chan*
19              CASPAR CHAN
              Special Assistant United States Attorney
20              *By email authorization

21              Attorney for Defendant

22 ///
///
23 ///
///
24 ///
///
25 ///
///
26 ///
///
27 ///
///
28

**Krummel v. Kijakazi**      **Stipulation and Order**     **E.D. Cal. 1:22-cv-00048-SKO**

ORDER

Based upon the foregoing stipulation of the parties (Doc. 17), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including January 6, 2023, in which to file Plaintiff's reply in support of his motion for summary judgment.

IT IS SO ORDERED.

Dated: __**December 16, 2022**__                  _/s/ Sheila K. Oberto_
                                   UNITED STATES MAGISTRATE JUDGE

**Krummel v. Kijakazi**                **Stipulation and Order**                **E.D. Cal. 1:22-cv-00048-SKO**